## SMITH *v.* CULPEPPER.

COBB, J.   It was, upon the trial of an action upon a promissory note given for the purchase of a mule and on its face reserving in the seller the title to the property until paid for, erroneous to strike a plea alleging that the mule had died without any fault or negligence on the part of the defendant, and praying for a rescission of the contract of sale; there being no stipulation therein that the purchaser was to be liable in case the mule died.   Civil Code, § 3543.   *Judgment reversed.   All the Justices concurring.*

Argued March 21, — Decided April 20, 1899.

Complaint.   Before Judge Reese.   Taliaferro superior court. February term, 1898.

*Horace M. Holden*, for plaintiff in error.